AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3:17mj409 | Date and time warrant executed: 9/19/17 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: TFO Nicole Beckwith

Inventory of the property taken and name of any person(s) seized:

Digital Image

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/20/17

*Executing officer's signature*

Jennifer M. Tron, SSA
*Printed name and title*

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 DEC 10 AM 9:52
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

## ATTACHMENT B

All records stored and/or found on any of the devices described in Attachment A that relate to possible violations of 18 U.S.C. §§ 2, 3, 4, 371, 1028, 1028A, 1029(a), 1343, 1349, 1546(a), 42 U.S.C. § 408(a)(7)(C) and 8 U.S.C. § 1326.

a. lists of customers and related identifying information, i.e., telephone nos., addresses and e-mail addresses.

b. types, amounts, and prices charged for purchase and sale of fraudulent identification documents, as well as dates, places, and amounts of specific transactions.

c. any information related to the description and sources of said fraudulent identification documents.

d. any information recording the above listed subject's schedule or travel from August 1, 2016 to the present.

e. all bank records, checks, credit card bills, account information, and other financial records.

f. Lists, photos, and names of any known and unknown associates, co-conspirators and/or customer connected to subject fraud scheme.

g. Evidence of user attribution showing who used or owned any of the listed devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.